UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

vs.                                                           CRIMINAL NO. 1:01CR43BRG

RODERICK LYNN WILLIAMS                                                    DEFENDANT

### ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE

THIS CAUSE came on for consideration on United States' Motion for Remission of Remaining Fine Balance [#81] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on January 22, 2002, is hereby remitted.

SO ORDERED, this the 7th day of   April  , 2017.

                                                  s/David Bramlette
                                                  HONORABLE DAVID BRAMLETTE
                                                  SENIOR UNITED STATES DISTRICT JUDGE